**United States Bankruptcy Court**
**District of South Carolina**

| | |
|---|---|
| **IN RE:** | Case No. 08-08404-HB |
| Kain, Timothy Carl & Kain, Ruth Mulfinger | Chapter 13 |
| Debtor(s) | |

**APPLICATION FOR APPROVAL OF CHAPTER 13 ATTORNEY FEES**

**I hereby request payment of attorney fees and costs as set forth below and represent to the court as follows:**

1. This request for payment is expressly authorized by a conspicuous provision of a written fee agreement filed with the court and incorporated herein.

2. Pursuant to Operating Order 09-01, I hereby request payment of the following fees and expenses (only mark sections applicable to this request):

   a. Expedited Fee Amount (paragraph 1)
      $2,500.00 previously approved
   b. Supplemental Fees Before Confirmation (paragraph 2(a)(i))
      $1,850.00 previously approved
   c. Supplemental Fees After Confirmation (paragraphs 2(a)(ii) or (2)(b))
      $603.58 including service costs
   d. Alternative Procedure Fees (paragraph 3)
      $NONE

3. Fees and expenses set forth above total $4,953.58, which includes all amounts charged through the date hereof. I have received $3,500.00 in attorney fees and costs directly from the debtor, and $400.00 in attorney fees directly from a creditor for settlement of a post-petition dispute. The only new fees being requested are $550.00 in attorney fees and $53.58 in service costs for the recently filed Application for Settlement and Compromise regarding a wrecked car, to be paid directly by the debtor from insurance proceeds.

4. For all requests for Supplemental Fees or amounts claimed pursuant to the Alternative Procedure, include a detailed description of the services rendered, the time expended, and the amounts requested in this application (attach additional sheets and/or documentation if necessary).

/s/ John R. Cantrell, Jr.
Cantrell Law Firm PC, Ct. ID 4951
PO Box 1276, Goose Creek, SC 29445
843-797-2454 (office)
309-213-0922 (fax)
lawyer@cantrellclan.com